UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-2717-VBF-SK Date: August 3, 2026

Title Yohanna Rosally Urrutia Canizalez v. Warden, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

Respondents are ordered to show cause in writing by no later than 5 PM PT on August 6, 2026 why the 28 U.S.C. § 2241 petition should not be granted. *See Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026) ("[A]liens present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)."). Respondents may discharge this order by filing a short joint stipulation and proposed judgment granting the petition and ordering petitioner's immediate release.

IT IS SO ORDERED.