JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Yohanna Rosally Urrutia Canizalez,
Petitioner,
v.
Secretary of Homeland Security, et al.,
Respondents.

No. 5:26-cv-02717-VBF-SK

**JUDGMENT**

In accordance with the Stipulated Order Granting Petition under 28 U.S.C. § 2241, IT IS ADJUDGED that Petitioner **Yohanna Rosally Urrutia Canizalez (A# 244-639-948)** shall be RELEASED from ICE custody immediately on the same parole in effect as of March 25, 2026.

Dated: August 12, 2026

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE